## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**MARY D. BROCK**                                                                                    **PLAINTIFF**

**Case No. 1:05-cv-082**

**JO ANNE B. BARNHART,**
**COMMISSIONER, SOCIAL**
**SECURITY ADMINISTRATION**                                                     **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and that Plaintiff's Complaint is dismissed with prejudice.

IT IS SO ORDERED THIS 1st day of March, 2007.

/s/Garnett Thomas Eisele
UNITED STATES DISTRICT JUDGE